IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASEY ATES,<br><br>   Plaintiff,<br><br>     v.<br><br>IRIS ARNOLD, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-1089-TWT |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASEY ATES,<br><br>   Plaintiff,<br><br>     v.<br><br>GA BOARD OF PARDON AND<br>PAROLES, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-1266-TWT |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASEY ATES,<br><br>   Plaintiff,<br><br>     v. | CIVIL ACTION FILE<br>NO. 1:16-CV-1506-TWT |

JUDGE C. ASHLEY ROYAL, et al.,

    Defendants.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASEY ATES,

    Plaintiff,

     v.

TERRY E. BARNARD, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-1586-TWT

**ORDER**

These are pro se prisoner civil rights actions challenging the revocation of the Plaintiff's parole. They are before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending that the actions be dismissed on statute of limitations and immunity grounds and *Heck v. Humphrey*. The Plaintiff's Objections to the Report and Recommendation are not understandable. The Court approves and adopts the Report and Recommendation as the judgment of the Court. These actions are DISMISSED.

SO ORDERED, this 21 day of June, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge